**Order filed July 19, 2016.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00395-CV

———————

### In the Interest of L.A.M., Child

———

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-02316J**

———

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant is represented by appointed counsel, Donald M. Crane. Appellant's brief was originally due June 23, 2016. We granted an extension of time to file appellant's brief until July 13, 2016. When we granted this extension, we noted that no further extensions would be granted. On July 12, 2016, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule

requires greater compliance with briefing deadlines. Therefore, we deny the motion and issue the following order.

We order appellant's appointed counsel Donald M. Crane to file appellant's brief no later than **July 29, 2016.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.